874 A.2d 1101

LINDA FITZGERALD, PETITIONER, v. TOM CODDINGTON STA-
BLES, RESPONDENT, AND NEW JERSEY HORSE RACING IN-
JURY COMPENSATION BOARD, RESPONDENT–MOVANT.

May 3, 2005.

ORDERED that the motion for reconsideration is granted.

874 A.2d 1101

STATE OF NEW JERSEY, PLAINTIFF, AND TOWNSHIP OF
LAKEWOOD, PLAINTIFF–RESPONDENT, v. PARCHER
SMITH, DEFENDANT–APPELLANT.

May 3, 2005.

ORDER

This matter having come before the Court on an appeal as of
right pursuant to *Rule* 2:2–1(a)(1), and the Court having deter-
mined the matter does not present a substantial constitutional
question within the meaning of the *Rule* or applicable caselaw;

It is ORDERED that the within appeal is dismissed for no
substantial constitutional question.